**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)**

| | |
|---|---|
| ROBERT W. LUDWIG, JR. )<br>)<br>      Plaintiff      )<br>)<br>vs.                                      )<br>)<br>PROSPERITY MORTGAGE COMPANY, et al.,  )<br>)<br>      Defendants.  ) | Civil Action No.: 10-CV-02025-WMN |

## NOTICE OF VOLUNTARY DISMISSAL

THE CLERK WILL please note, that the Plaintiff Robert W. Ludwig, Jr., by counsel, pursuant to Fed. R. Civ. P. 41(a), hereby notices a voluntary dismissal of this action, without prejudice.

Dated: November 23, 2011                    Respectfully submitted,

                                              LUDWIG & ROBINSON, PLLC

                                              By:     /s/ Robert W. Ludwig, Jr.
                                                     Robert W. Ludwig (# 4800)
                                                     LUDWIG & ROBINSON, PLLC
                                                     1717 Pennsylvania Avenue, N.W., Suite 650
                                                     Washington, DC 20006
                                                     (202) 289-1800 (telephone)
                                                     (202) 289-1804 (facsimile)

                                                     Attorneys for Plaintiff